IN THE SUPREME COURT OF THE STATE OF NEVADA

CHRISTON M. GIBB,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF CLARK;
AND THE HONORABLE CHARLES J.
HOSKIN, DISTRICT JUDGE,
Respondents,
and
FARRAH L. GIBB,
Real Party in Interest.

No. 81991

FILED

OCT 27 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DENYING PETITION
## FOR WRIT OF MANDAMUS OR PROHIBITION

This emergency petition for a writ of mandamus or prohibition challenges a district court's order incident to divorce. As directed, real party in interest has filed an expedited answer to the petition.

Having considered the parties' arguments and the attached documents, we decline to exercise our extraordinary discretion to intervene in this emergency manner. *See Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) (providing that petitioner bears the burden of demonstrating that extraordinary relief is warranted). This matter presents a complex procedural history and significant issues

20-39366

warranting thorough review, for which the emergency nature of this matter does not allow. Accordingly, we

ORDER the petition DENIED.

_____, J.
Gibbons

_____, J.
Stiglich

_____, J.
Silver

cc:    Hon. Charles J. Hoskin, District Judge, Family Court Division
Alex B. Ghibaudo, PC.
McFarling Law Group
Willick Law Group
Eighth District Court Clerk